# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-1168-SAC ) |
| Approximately $13,500.00 in U.S. Currency as substitute res for: 2010 Harley-Davidson Motorcycle, VIN: 1HD1BW51XAB026421; | ) ) ) ) ) |
| Approximately $23,000.00 in U.S. Currency as substitute res for: 2007 Mercedes GL450, VIN: 4JGBF71E37A184487; | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court upon Stephen Robison's Motions to Withdraw as Counsel for Claimant Matthew Pennington (ECF Nos. 46, 47, 53) and William Tretbar's Motion to Withdraw as Counsel for Claimant Matthew Pennington (ECF No. 54).

D. Kan. Rule 83.5.5(a) states that an attorney seeking to withdraw whose client will be left without counsel must file a motion that sets forth the reasons for withdrawal, provide evidence that notice was given to the client about certain case-related information, and serve the motion on the client and all attorneys of record and pro se parties. After review of Mr. Robison's October 31, 2013 Motion (ECF No. 53) and Mr. Tretbar's Motion (ECF No. 54) along with affidavits of personal service on Mr. Pennington,[1] the Court finds these Motions comply with D. Kan. Rule 83.5.5(a). Accordingly, Mr. Robison's October 31, 2013 Motion (ECF No. 53) and

---

[1] *See* Aff. of Service on Matthew Pennington, ECF Nos. 56, 57.

Mr. Tretbar's Motion (ECF No. 54) are hereby granted. As such, Mr. Robison's October 16, 2013 Motions (ECF No. 46, 47) are denied as moot.

Mr. Pennington is put on notice that he is no longer represented by an attorney in this matter and is personally responsible for his claim. In addition, Mr. Pennington must comply with all Rules of Civil Procedure. Particularly, D. Kan. Rule 5.1(d) requires a pro se party to notify the clerk of the court in writing of his address and telephone number and any changes thereafter. If Mr. Pennington wishes to register and have access to the court's Electronic Filing System, he must follow the instructions provided by the Local Rules and on the District's website (http://www.ksd.uscourts.gov/).

A copy of this Order was mailed to Claimant Matthew Pennington by regular mail at the residential address provided by his attorneys before granting their Motions to Withdraw.

**IT IS SO ORDERED.**

Dated this 25th day of November, 2013, at Topeka, Kansas.

s/ K. Gary Sebelius  
K. Gary Sebelius  
U.S. Magistrate Judge